FILED
2011 JAN 13 A 11:00
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. OF CA. SAN JOSE

JANETH CAYANAN
TEODORICO CAYANAN
1388 Trestlewood Drive
San Jose, CA 95138

Defendants, in Pro Per

E-filing

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

ADR

U.S. BANK, NATIONAL ASSOCIATION, as Trustee

Plaintiff,

vs.

TEODORICO CAYANAN, JANETH CAYANAN; and DOES 1 to 100, inclusive Defendants.

Case No: CV 11-00196 HRL

(SANTA CLARA COUNTY SUPERIOR COURT CASE No. 1-10-CV-185244)

**DEFENDANTS' NOTICE OF REMOVAL TO FEDERAL COURT**

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

PLEASE TAKE NOTICE THAT Defendants in the above-titled matter hereby remove to this Court the state court action described below.

Defendants Teodorico Cayanan and Janeth Cayanan ("Defendant"), hereby give notice that this action is removed to the United States District Court for the Northern District of California fro the Superior Court of California, in and for Santa Clara County.

Pursuant to 28 U.S.C. § 1441, Defendant further states as follows:

**State Court Action:** Teodorico Cayanan and Janeth Cayanan are named as the defendants

in a civil action filed in the Superior Court of California, in and for Santa Clara County, styled

*US National Bank v. Teodorico Cayanan and Janeth Cayanan* , Case number 1-10-CV-185244

("the state court action")

**Commencement of State Court Action:** The state court action was commenced

when plaintiff filed a Summons and Complaint for Unlawful Detainer ("Complaint") on or

about October 19, 2010.  Service of the Summons and Complaint has not been effected on

Defendants. This Notice of Removal is timely, in that it is being filed within thirty (30) days of

receipt of service of Complaint by Defendants. Defendants have not filed pleadings in this case

in the state court action, other than a Demurrer to Complaint.

**Record in State Court:** The following pleadings, as are available in the file of the state

court action, encompass all of the pleadings received or filed by Defendant in this action up to

the present time.

Summons

Complaint

Request for Order for Service by Posting

Declaration of Due Diligence

Demurrer to Complaint

Opposition to Demurrer to Complaint

The Complaint is attached hereto as **Exhibit A**. A complete copy of all additionally document

filed in the state court proceeding will be submitted with a subsequent declaration.

**Diversity of Citizenship is Basis for Federal Court Jurisdiction:** This dispute between Plaintiffs and Defendant is a controversy between citizens of different states.

a. Plaintiff, U.S. Bank, is a Delaware corporation with its principle place of business in Wilmington, Delaware.

b. Defendants Teodorico Cayanan and Janeth Cayanan is, and at all times relevant have been, residence of the State of California

**Nature and Description of Case:** This action seeks possession, damages and attorneys' fees and costs, among other relief, for alleged unlawful detainer of subject property 1388 Trestlewood Drive, San Jose, CA 95138

**Amount in Controversy:** Plaintiffs seek to recover an amount in excess of $75,000. The Complaint states that Plaintiffs seek, inter alia, judgment against Defendant for fees, costs and expenses Plaintiffs incurred in the prosecution of this lawsuit, possession of the subject property, and "such further relief as the court deems equitable and just.". Taking all of these factors into consideration, Defendant reasonably believes that the Plaintiff seeks damages and/or other recoveries counting towards the jurisdictional minimum, in excess of $75,000.

**Applicable Statutes:** This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and the action is removable to this Court pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1446.

**Concurrent Notice to State Court:** Defendants are concurrently filing a copy of this Notice of Removal with the Court of the Clerk of the Superior Court of California in and for Santa Clara County, cause number 1-10-CV-185244, pursuant to 28 U.S.C. § 1446(d).

Dated: ________

BY: ______________________
TEODORICO CAYANAN, pro per
Defendant

BY: ______________________
JANETH CAYANAN, pro er
Defendant

- 2 -
EXHIBIT A – UNLAWFUL DETAINER COMPLAINT

# EXHIBIT A

- 3 -

EXHIBIT A – UNLAWFUL DETAINER COMPLAINT

SUM-130

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

2010 OCT 19 A 9:57

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

NOTICE TO DEFENDANT:
*(AVISO AL DEMANDADO):* TEODORICO CAYANAN, JANETH CAYANAN, and DOES 1 through 100, inclusive

YOU ARE BEING SUED BY PLAINTIFF:
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):* U.S. BANK, NATIONAL ASSOCIATION, as Trustee

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

CASE NUMBER *(Número del caso):* 110CV185244

1. The name and address of the court is:
*(El nombre y dirección de la corte es):*
Santa Clara County Superior Court-Downtown
191 No. First Street, San Jose, CA 95113

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
JOHN C. SAGINAW (Bar No. 67385) Telephone No. (949) 854-2244
AMY E. STARRETT (SBN 256204)
Robert J. Jackson & Associates, Inc., 4199 Campus Drive, Suite 700, Irvine, CA 92612

3. *(Must be answered in all cases)* An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400–6415) [X] did not [ ] did for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)*

Date: *(Fecha)* OCT 19 2010 — DAVID H. YAMASAKI, Chief Executive Officer, Clerk — Clerk, by *(Secretario)* ______ , Deputy *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

4. NOTICE TO THE PERSON SERVED: You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify)*:
   c. [ ] as an occupant
   d. [X] on behalf of *(specify)*:
   under: [ ] CCP 416.10 (corporation) [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
   [X] CCP 415.46 (occupant) [ ] other *(specify)*:
5. [ ] by personal delivery on *(date)*:

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS—UNLAWFUL DETAINER—EVICTION

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

AHCA8978

American LegalNet, Inc.
www.FormsWorkflow.com

01/04/2008 13:06 FAX 021

SUM-130

| PLAINTIFF (Name): U.S. Bank<br>DEFENDANT (Name): TEODORICO CAYANAN, JANETH CAYANAN; et al. | CASE NUMBER: |
|---|---|

6. **Unlawful detainer assistant** *(complete if plaintiff has received any help or advice for pay from an unlawful detainer assistant)*:
   a. Assistant's name:
   b. Telephone no.:
   c. Street address, city, and zip:

   d. County of registration:
   e. Registration no.:
   f. Registration expires on *(date)*:

CM-010

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
JOHN C. SAGINAW (Bar No. 67...
AMY E. STARRETT (Bar No. 256204)
Robert J. Jackson & Associates, Inc., 4199 Campus Drive, Suite 700, Irvine, CA 92612
TELEPHONE NO.: (949) 854-2244 FAX NO.: (949) 854-4752
ATTORNEY FOR (Name): U.S. Bank

FOR COURT USE ONLY

OCT 19 A 9:47

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Santa Clara
STREET ADDRESS: 191 No. First Street
MAILING ADDRESS:
CITY AND ZIP CODE: San Jose 95113
BRANCH NAME: Downtown

CASE NAME: U.S. Bank v. TEODORICO CAYANAN, JANETH CAYANAN; et al.

| CIVIL CASE COVER SHEET | | Complex Case Designation | CASE NUMBER: 110CV185244 |
|---|---|---|---|
| [ ] Unlimited (Amount demanded exceeds $25,000) | [X] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br>DEPT: |

*Items 1-6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [X] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision
3. Remedies sought *(check all that apply)*: a. [X] monetary b. [X] nonmonetary; declaratory or injunctive relief c. [ ] punitive
4. Number of causes of action *(specify)*: One (1)
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: October 15, 2010

JOHN C. SAGINAW
(TYPE OR PRINT NAME)

(SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

NOTICE

- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

AHCA8978

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400-3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

023

01/04/2008 13:06 FAX

# INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check one box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in a Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising for a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
- Auto (22)-Personal Injury/Property Damage/Wrongful Death
- Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
- Asbestos (04)
  - Asbestos Property Damage
  - Asbestos Personal Injury/ Wrongful Death
- Product Liability *(not asbestos or toxic/environmental)* (24)
- Medical Malpractice (45)
  - Medical Malpractice-Physicians & Surgeons
  - Other Professional Health Care Malpractice
- Other PI/PD/WD (23)
  - Premises Liability (e.g., slip and fall)
  - Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  - Intentional Infliction of Emotional Distress
  - Negligent Infliction of Emotional Distress
  - Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
- Business Tort/Unfair Business Practice (07)
- Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
- Defamation (e.g., slander, libel) (13)
- Fraud (16)
- Intellectual Property (19)
- Professional Negligence (25)
  - Legal Malpractice
  - Other Professional Malpractice *(not medical or legal)*
- Other Non-PI/PD/WD Tort (35)

**Employment**
- Wrongful Termination (36)
- Other Employment (15)

**Contract**
- Breach of Contract/Warranty (06)
  - Breach of Rental/Lease
    - Contract *(not unlawful detainer or wrongful eviction)*
  - Contract/Warranty Breach-Seller Plaintiff *(not fraud or negligence)*
  - Negligent Breach of Contract/ Warranty
  - Other Breach of Contract/Warranty
- Collections (e.g., money owed, open book accounts) (09)
  - Collection Case-Seller Plaintiff
  - Other Promissory Note/Collections Case
- Insurance Coverage *(not provisionally complex)* (18)
  - Auto Subrogation
  - Other Coverage
- Other Contract (37)
  - Contractual Fraud
  - Other Contract Dispute

**Real Property**
- Eminent Domain/Inverse Condemnation (14)
- Wrongful Eviction (33)
- Other Real Property (e.g., quiet title) (26)
  - Writ of Possession of Real Property
  - Mortgage Foreclosure
  - Quiet Title
  - Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
- Commercial (31)
- Residential (32)
- Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
- Asset Forfeiture (05)
- Petition Re: Arbitration Award (11)
- Writ of Mandate (02)
  - Writ-Administrative Mandamus
  - Writ-Mandamus on Limited Court Case Matter
  - Writ-Other Limited Court Case Review
- Other Judicial Review (39)
  - Review of Health Officer Order
  - Notice of Appeal-Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400-3.403)**
- Antitrust/Trade Regulation (03)
- Construction Defect (10)
- Claims Involving Mass Tort (40)
- Securities Litigation (28)
- Environmental/Toxic Tort (30)
- Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
- Enforcement of Judgment (20)
  - Abstract of Judgment (Out of County)
  - Confession of Judgment *(non-domestic relations)*
  - Sister State Judgment
  - Administrative Agency Award *(not unpaid taxes)*
  - Petition/Certification of Entry of Judgment on Unpaid Taxes
  - Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
- RICO (27)
- Other Complaint *(not specified above)* (42)
  - Declaratory Relief Only
  - Injunctive Relief Only *(non-harassment)*
  - Mechanics Lien
  - Other Commercial Complaint Case *(non-tort/non-complex)*
  - Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
- Partnership and Corporate Governance (21)
- Other Petition *(not specified above)* (43)
  - Civil Harassment
  - Workplace Violence
  - Elder/Dependent Adult Abuse
  - Election Contest
  - Petition for Name Change
  - Petition for Relief From Late Claim
  - Other Civil Petition

**NOTICE:** EVERYONE WHO LIVES IN THIS RENTAL UNIT MAY BE EVICTED BY COURT ORDER. READ THIS FORM IF YOU LIVE HERE AND IF YOUR NAME IS NOT ON THE ATTACHED SUMMONS AND COMPLAINT.

1. If you live here an you do not complete and submit this form within 10 days of the date of service shown on this form, you will be evicted without further hearing by the court along with the persons named in the Summons and Complaint.
2. If you file this form, your claim will be determined in the eviction action against the persons named in the Complaint.
3. If you do not file this form, you will be evicted without further hearing.

CLAIMANT OR CLAIMANT'S ATTORNEY *(Name and Address)*: TELEPHONE NO.: FOR COURT USE ONLY

ATTORNEY FOR *(Name)*:

NAME OF COURT: Santa Clara County Superior Court-Downtown
STREET ADDRESS:
MAILING ADDRESS: 191 No. First Street
CITY AND ZIP CODE: San Jose, CA 95113
BRANCH NAME: Downtown

PLAINTIFF: U.S. BANK, NATIONAL ASSOCIATION, as Trustee

DEFENDANT: TEODORICO CAYANAN, JANETH CAYANAN; et al.

**PREJUDGMENT CLAIM OF RIGHT TO POSSESSION**

CASE NUMBER: 110CV185244

Complete this form only if ALL of these statements are true:
1. You are NOT named in the accompanying Summons and Complaint.
2. You occupied the premises on or before the date the unlawful detainer eviction) Complaint was filed
3. You still occupy the premises.

*(To be completed by the process server)*
DATE OF SERVICE:
*(Date that this form is served or delivered, and posted, and mailed by the officer of process server)*

I DECLARE THE FOLLOWING UNDER PENALTY OF PERJURY:

1. My name is *(specify)*:

2. I reside at *(street address, unit No., city and ZIP code)*:

3. The address of "the premises" subject to this claim is *(address)*:

4. On *(insert date)*: ______, the landlord or the landlord's authorized agent filed a complaint to recover possession of the premises. *(This date is the court filing date on the accompanying Summons and Complaint.*

5. I occupied the premises on the date the complaint was filed *(the date in item 4)*. I have continued to occupy the premises ever since.

6. I was at least 18 years of age on the date the complaint was filed *(the date in item 4)*.

7. I claim a right to possession of the premises because I occupied the premises on the date the complaint was filed *(the date in item 4)*.

8. I was not named in the Summons and Complaint.

9. I understand that if I make the claim of right to possession, I will be added as a defendant to the unlawful detainer (eviction) action.

10. *(Filing fee)* I understand that I must go to the court and pay a filing fee of $ or file with the court the form "Application for Waiver of Court Fees and Costs." I understand that if I don't pay the filing fee or file with the court the form for waiver of court fees within 10 days from the date of service on this form (excluding court holidays), I will not be entitled to make a claim of right to possession.

(Continued on reverse)

| PLAINTIFF (Name): U.S. Bank<br>DEFENDANT (Name): TEODORICO CAYANAN, JANETH CAYANAN; et al. | CASE NUMBER: |
|---|---|

**NOTICE: If you fail to file this claim, you will be evicted without further hearing.**

11. *(Response required within five days after you file this form)* I understand that I will have *five days* (excluding court holidays) to file a response to the Summons and Complaint after I file this Prejudgment Claim of Right to Possession form.

12. Rental agreement. I have *(check all that apply to you)*:
   a. ☐ an oral rental agreement with the landlord.
   b. ☐ a written rental agreement with the landlord.
   c. ☐ an oral rental agreement with a person other than the landlord.
   d. ☐ a written rental agreement with a person other than the landlord.
   e. ☐ other *(explain)*:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

WARNING: Perjury is a felony punishable by imprisonment in the state prison.

Date:

______________________________ (TYPE OR PRINT NAME) ▶ ______________________________ (SIGNATURE OF CLAIMANT)

**NOTICE: If you file this claim of right to possession, the unlawful detainer (eviction) action against you will be determined at trial. At trial, you may be found liable for rent, costs, and, in some cases, treble damages**

## – NOTICE TO OCCUPANTS –

**YOU MUST ACT AT ONCE if all the following are true:**

1. **You are NOT named in the accompanying Summons and Complaint.**
2. **You occupied the premises on or before the date the unlawful detainer (eviction) complaint was filed.** *(The date is the court filing date on the accompanying Summons and Complaint.)*
3. **You still occupy the premises.**

*(Where to file this form)* You can complete and SUBMIT THIS CLAIM FORM WITHIN 10 DAYS from the date of service (on the reverse of this form) at the court where the unlawful detainer (eviction) complaint was filed.

*(What will happen if you do not file this form)* If you do not complete and submit this form and pay a filing fee or file the form for proceeding in forma pauperis if you cannot pay the fee), YOU WILL BE EVICTED.

After this form is properly filed, you will be added as a defendant in the unlawful detainer (eviction) action and your right to occupy the premises will be decided by the court. *If you do not file this claim, you will be evicted without a hearing.*

JOHN C. SAGINAW
Attorney Bar No. 67385
AMY E. STARRETT
Attorney Bar No. 256204
Robert J. Jackson & Associates, Inc.
4199 Campus Drive, Suite 700
Irvine, California 92612
(949) 854-2244

Attorney for Plaintiff

2?? OCT 19 A 9:47
D. Weidel

SUPERIOR COURT OF THE STATE OF CALIFORNIA

SANTA CLARA COUNTY – DOWNTOWN JUDICIAL DISTRICT

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, as Trustee<br><br>Plaintiff,<br><br>vs.<br><br>TEODORICO CAYANAN, JANETH CAYANAN; and DOES 1 through 100, inclusive<br><br>Defendant. | CASE NO.: 110CV185244<br><br>**COMPLAINT IN UNLAWFUL DETAINER**<br><br>LIMITED CIVIL JURISDICTION<br><br>POST-FORECLOSURE EVICTION<br><br>AMOUNT DEMANDED DOES NOT EXCEED $10,000<br><br>Property Address:<br><br>1388 TRESTLEWOOD DRIVE<br>SAN JOSE, CA 95138 |

Plaintiff U.S. BANK, NATIONAL ASSOCIATION, as Trustee ("U.S. Bank") alleges as follows:

1. U.S. Bank is now and at all times relevant was an entity qualified to commence this action.
2. The names and capacities of the Defendants sued herein as DOES 1 through 100, inclusive, are unknown to Plaintiff at this time. These defendants will be served pursuant to *Code of Civ. Proc.* § 415.46.
3. The property of which Plaintiff seeks possession is located at 1388 TRESTLEWOOD DRIVE,

THIS MAY BE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, NO ATTEMPT IS BEING MADE TO COLLECT A DEBT AND ANY INFORMATION WILL BE OBTAINED FOR INFORMATIONAL PURPOSES ONLY.

SAN JOSE, CA 95138 (the "Premises"). Said Premises is located within this Superior Court Judicial District.

4. Possession of the Premises is sought pursuant to *Code of Civ. Proc.* § 1161a. Plaintiff obtained title to the Premises and right to possession thereof by its purchase at a foreclosure sale validly held in compliance with *Civil Code* § 2924, the particulars of which are as follows:

   A. TEODORICO CAYANAN, JANETH CAYANAN executed as Trustor(s) a Deed of Trust, with power of sale, recorded on or about 09/12/2005 in the Official Records of Santa Clara County as Instrument Number 18571403, which Deed of Trust encumbered the Premises.

   B. Pursuant to the foreclosure and sale of the Premises, under the power of sale contained in the Deed of Trust and in compliance with *Civil Code* § 2924, the Trustee of said Deed of Trust sold and conveyed title to the Premises to U.S. Bank, pursuant to a Trustee's Deed Upon Sale recorded on or about 09/23/2010 in the Official Records of Santa Clara County as Instrument Number 20886242, a copy of which is attached hereto as Exhibit 'A' and incorporated herein by reference.

5. Title is and has been perfected in U.S. Bank on or around 09/23/2010.

6. Plaintiff is informed, believes, and thereon alleges that Defendants TEODORICO CAYANAN, JANETH CAYANAN and DOES 1 through 50 were in possession of the Premises at the time of sale, and that said Defendants and DOES 51 through 100 remained in possession after the sale.

7. Plaintiff is informed, believes, and based upon such information and belief, alleges that none of the Defendants herein is entitled to any protection under the terms of the Protecting Tenants at Foreclosure Act of 2009 ("PTFA"). To the extent such rights may exist, Plaintiff is informed, believes, and based upon such information and belief, alleges that it has complied with the terms of PTFA, and is entitled to possession of the subject Premises. Plaintiff is further informed, believes, and based on such information and belief, alleges that none of the Defendants herein constitutes a legitimate tenant under California law.

THIS MAY BE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, NO ATTEMPT IS BEING MADE TO COLLECT A DEBT AND ANY INFORMATION WILL BE OBTAINED FOR INFORMATIONAL PURPOSES ONLY.

8. On or about 10/07/2010, Plaintiff caused to be served on Defendants TEODORICO CAYANAN, JANETH CAYANAN and DOES 1 through 100 a written Notice to Vacate Property pursuant to *Code of Civ. Proc.* § 1162, a copy of which Notice is attached hereto as Exhibit 'B' and incorporated herein by reference.

9. The Notice expired at midnight on 10/11/2010, and since 10/12/2010 Plaintiff is and has been entitled to immediate possession of the Premises.

10. Defendants and each of them failed and refused to surrender possession within or since the notice period, and continue in possession of the Premises without Plaintiff's consent. Unnamed Defendants shall be served pursuant to *Code of Civ. Proc.* § 415.46.

WHEREFORE, Plaintiff requests judgment as follows:

1. For possession of the Premises;
2. For costs of suit; and
3. For such other and further relief as the Court deems appropriate.

Date: October 15, 2010

Robert J. Jackson & Associates, Inc.

JOHN C. SAGINAW
Attorney for Plaintiff

THIS MAY BE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, NO ATTEMPT IS BEING MADE TO COLLECT A DEBT AND ANY INFORMATION WILL BE OBTAINED FOR INFORMATIONAL PURPOSES ONLY.

EXHIBIT "A"

THIS IS TO CERTIFY THAT THIS IS A FULL, TRUE AND CORRECT COPY OF THE ORIGINAL RECORDED IN THE OFFICE OF THE COUNTY
RECORDING FEE: $18.00
RECORDED ON: September 23, 2010
AS DOCUMENT NO: 20886242
BY: s/ DPS Automation
LSI TITLE COMPANY (CA)

RECORDING REQUESTED BY

And when recorded mail to
AMERICAN HOME MORTGAGE SERVICE
RE: Loan # 0018588459/CAYANAN
4875 BELFORT ROAD
JACKSONVILLE, FL 32256

0702830 8C Space above this line for recorder's use

# TRUSTEE'S DEED UPON SALE

THE GRANTEE IS THE FORECLOSING BENEFICIARY AND THIS IS A FIRST DEED OF TRUST

The undersigned declares under penalty of perjury that the following declaration is true and correct:

1) The Grantee herein was the foreclosing Beneficiary.
2) The amount of the unpaid debt together with costs was ---------- $1,307,135.25
3) The amount paid by the Grantee at the Trustee's Sale was ---------- $663,000.00
4) The documentary transfer tax is ---------- $.00
5) The city transfer tax is ---------- $.00
6) The monument preservation tax is ---------- $.00
7) Said property is in San Jose, County of Santa Clara

Dated: 09/21/10

T.D. SERVICE COMPANY
By [signature]
Cheryl L. Grech, Trustee's Sale Officer

T.S. No: K386643 CA Unit Code: K Loan No: 0018588459/CAYANAN Investor No: 671006072
AP #1: 679-38-043
Property Address: 1388 TRESTLEWOOD DR, SAN JOSE, CA 95138

POWER DEFAULT SERVICES, INC., F/K/A AHMSI DEFAULT SERVICES, INC.
(herein called Trustee)

does hereby GRANT AND CONVEY, without any covenant or warranty, express or implied to

U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION CORP. 2005-OPT2 ASSET BACKED PASS-THROUGH CERTIFICATES SERIES 2005-OPT2 (herein called Grantee), such interest as Trustee has in that certain property described as follows:

LOT 90, AS SHOWN ON THAT CERTAIN MAP ENTITLED, "TRACT NO. 9164, THE RANCH ON SILVER CREEK-DI, "WHICH MAP WAS FILED IN THE OFFICE OF THE RECORDER OF THE COUNTY OF SANTA CLARA, STATE OF CALIFORNIA ON DECEMBER 17,2002 IN BOOK 756 OF MAPS, PAGES 13 THROUGH 29, INCLUSIVE.

This conveyance is made pursuant to the authority vested in said Trustee, as Trustee or as duly appointed Trustee by the Deed of Trust described as follows:

MAIL TAX STATEMENTS TO ADDRESS SHOWN ABOVE

Page 2
T.S. No: K386643 CA Unit Code: K Loan No: 0018588459/CAYANAN Investor No: 671006072

Trustor: TEODORICO CAYANAN, JANETH CAYANAN

Recorded September 12, 2005 as Instr. No. 18571403 in Book --- Page --- of Official Records in the office of the Recorder of SANTA CLARA County; CALIFORNIA , Whereas, the holder of the note secured by said Deed of Trust delivered to Trustee a written Declaration of Default and, pursuant thereto, a Notice of Default was recorded April 21, 2009 as Instr. No. 20218819 in Book --- Page --- of Official Records in the office of the Recorder of SANTA CLARA County; CALIFORNIA .

Whereas, Trustee complied with all applicable statutory provisions of California Civil Code Sections 2924 et seq. and of the described Deed of Trust including the mailing, publication, personal delivery, and posting of the Notice of Default and Notice of Sale, as respectively appropriate.

Said Notice of Trustee's Sale stated the time and place that Trustee would sell its interest in the described property at public auction. On September 21, 2010, the date set forth in the Notice of Trustee's Sale or the properly postponed sale date, Trustee sold the described property to Grantee, the highest qualified bidder present, for the sum of $663,000.00 Pro-tanto.

In Witness Whereof, the undersigned caused its corporate name and seal (if applicable) to be hereunto affixed.

Dated September 21, 2010

POWER DEFAULT SERVICES, INC., F/K/A AHMSI DEFAULT SERVICES,INC.
By T.D. Service Company, As Agent for the Trustee

BY [signature]
Sheryl L. Grech, Assistant Secretary

BY [signature]
Kimberly Thorne, Assistant Secretary

STATE OF CALIFORNIA )
COUNTY OF ORANGE )SS

On 09/21/10 before me, K. BERNAL, a Notary Public, personally appeared CHERYL L. GRECH and KIMBERLY THORNE, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under penalty of perjury under the Laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature [signature] (Seal)

K. BERNAL
COMM. # 1841092
NOTARY PUBLIC CALIFORNIA
ORANGE COUNTY
My comm. expires Mar. 20, 2013

"This instrument is being recorded as an ACCOMMODATION ONLY with no Representation as to its effect upon the

EXHIBIT “B”

# NOTICE TO VACATE PROPERTY

TO: TEODORICO CAYANAN, JANETH CAYANAN &
All occupants residing at
1388 TRESTLEWOOD DRIVE
SAN JOSE, CA 95138

NOTICE IS HEREBY GIVEN THAT U.S. BANK, NATIONAL ASSOCIATION, AS TRUSTEE ("U.S. BANK"), or its predecessor in interest, purchased the property located at 1388 TRESTLEWOOD DRIVE, SAN JOSE, CA 95138 (the "Premises") at a foreclosure sale held in accordance with Civil Code § 2924 and pursuant to the power of sale contained in a Deed of Trust recorded on 9/12/2005 as Instrument Number 18571403 in the Official Records of SANTA CLARA County, and that title to the Premises is duly perfected in U.S. BANK.

NOTICE IS FURTHER GIVEN THAT:

1. Within **three (3) days** after service on you of this Notice, if you are the Trustor(s) of the Deed of Trust described above, or a successor in interest to said Trustor(s), or any person who is not a bona fide tenant or subtenant; **or,**

2. Within **ninety (90) days** after service on you of this Notice, in the event you are a bona fide tenant or a subtenant of the Trustor(s) of the Deed of Trust described above, or a bona fide tenant or a subtenant of a successor in interest to said Trustor(s):

You are required to vacate and surrender possession of the Premises, or the portion in which you reside, to U.S. BANK through KAMRAN CHITGAR, its agent, who can be reached at (408)694-1400 from 9:00 a.m. to 5:00 p.m. on all business days, unless you provide evidence to the undersigned law firm that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the federal "Protecting Tenants at Foreclosure Act of 2009" ("PTFA") or are protected by Section 703 of the PTFA. Please see Page 2 Addendum of this Notice for instructions on how to deliver this evidence.

If within the applicable period as set forth above, EITHER if you fail to surrender possession OR if you fail to provide evidence that you are a bona fide tenant pursuant to Section 702(a)(2)(A) of the PTFA or are protected by Section 703 of the PTFA, U.S. BANK will commence eviction proceedings against you to recover possession of the Premises and for damages caused by your unlawful detention of the Premises.

**PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.**

**(NOTICE HAS A SECOND PAGE)**

01/04/2008 13:15 FAX 034

UNLESS CONTACT IS MADE AND ACCEPTABLE EVIDENCE TO SHOW A LEGITIMATE TENANCY IS PRODUCED WITHIN THREE (3) DAYS OF THE SERVICE OF THIS NOTICE, THE EVICTION ACTION WILL BE COMMENCED AGAINST THE ABOVE NAMED FORMER OWNER(S) BASED ON THE THREE (3) DAY PORTION OF THIS NOTICE.

This Notice is given pursuant to the provisions of the PTFA and Code of Civil Procedure §§ 1161, 1161a and 1161b, and if applicable, includes the 60 day Notice required by CCP 1161b within the above 90 day Notice period.

This notice also constitutes a notice of non-renewal of any lease applicable to the Premises.

Dated: October 6, 2010

Robert J. Jackson & Associates, Inc.

DAVID J. BOYER
Attorney for U.S. BANK
AHCA8978

## TENANT INFORMATION

**IF YOU ARE A TENANT of the prior owner, you must provide the following documents:**

- **A copy of your lease**
- **A return phone number and hours to reach you**
- **The receipt for the last six (6) payments made to the landlord for the residence**

**by mail, fax, or in person to:**

**Robert J. Jackson & Associates, Inc.**
**Tenant Occupied Properties Department**
**4199 Campus Drive, Suite 700**
**Irvine, CA 92612**

**Fax: 949.892.1336**

**For any questions, please call 949.854.2244, Ext. 208**

**PARA ASISTENCIA EN ESPANOL LLAME AL 949.854.2244, EXT. 261.**

DISCLAIMER:

**This Notice is an attempt to collect a debt and any information obtained from you will be used for that purpose.** If you notify Robert J. Jackson and Associates, Inc. ("RJJ") at 4199 Campus Drive, Suite 700, Irvine, CA 92612, in writing, within thirty days, that you wish to be provided the name and address of the original creditor if different from the current creditor or that the debt is disputed, RJJ will obtain the requested information and a copy will be mailed to you. Unless you make these requests within thirty days of the date of this Notice the debt will be deemed valid.

CAUTION: Your thirty day rights set forth in this disclaimer do not extend your right to pay or vacate set forth in the Notice, AND, the Notice to pay or vacate does not shorten or otherwise affect your thirty day rights set out in this disclaimer.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) Robert J. Jackson & Associates, Inc. 4199 Campus Dr Ste 700 Irvine CA 92612 | TELEPHONE NO. (949) 854-2244 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name | | |
| Insert of Court Name of Judicial District and Branch Court if any | | |
| SHORT TITLE OF CASE | | Case Number: |
| 2016341 (HEARING) Date Time Dept | | REFERENCE NO. AHCA6978 |

PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT: TEODORICO CAYANAN

ON: 10/7/2010 TIME OF DELIVERY: 6:02:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS: 1388 Trestlewood Drive
San Jose CA 95138

ON 10/7/2010

7a. Person Serving: Victor W. Rzepka

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was $107.00

e. I am:

(1) not a registered California process server:

(3) X registered California process server:

(i) Independent Contractor

(ii) Registration No: 1175

(iii) County: SANTA CLARA

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Victor W. Rzepka

10/13/2010

X [signature]
SIGNATURE

Form Approved for Optional Use Judicial Council of California POS-010 [REV Jan 1 2007]

PROOF OF SERVICE

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO | FOR COURT USE ONLY |
|---|---|---|
| Robert J. Jackson & Associates, Inc.<br>4199 Campus Dr Ste 700<br>Irvine CA 92612 | (949) 854-2244 | |
| ATTORNEY FOR (Name) | | |
| Insert of Court Name of Judicial District and Branch Court if any | | |
| SHORT TITLE OF CASE | | |
| 2021280 (HEARING) Date Time Dept | | Case Number:<br>REFERENCE NO. AHCA8978 |

PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT: JANETH CAYANAN

ON: 10/7/2010 TIME OF DELIVERY: 5:02:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS: 1388 Trestlewood Drive
San Jose CA 95138
ON 10/7/2010

7a. Person Serving: Victor W. Rzepka

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was $0.00

e. I am:

(1) not a registered California process server.

(3) X registered California process server:

(i) Independent Contractor

(ii) Registration No: 1175

(iii) County: SANTA CLARA

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Victor W. Rzepka

10/13/2010

X ______________________
SIGNATURE

Form Approved for Optional Use Judicial Council of California
POS-010 (REV Jan 1 2007)

PROOF OF SERVICE

CRC 982(A)(23)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) Robert J. Jackson & Associates, Inc. 4199 Campus Dr Ste 700 Irvine CA 92612 | TELEPHONE NO. (949) 854-2244 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (Name) | | |
| Insert of Court Name of Judicial District and Branch Court if any | | |
| SHORT TITLE OF CASE | | |
| 2021281 (HEARING) Date Time Dept | | Case Number: |
| | | REFERENCE NO. AHCA8978 |

PROOF OF SERVICE

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND I SERVED THE:

3/90 DAY NOTICE TO VACATE PROPERTY

BY SERVING SAID NOTICE AS AUTHORIZED BY C.C.P. 1162(2,3)

TO THE TENANT: ALL OCCUPANTS

ON: 10/7/2010 TIME OF DELIVERY: 5:02:00 PM

BY POSTING A COPY OF SAID NOTICE IN A CONSPICUOUS PLACE ON THE PROPERTY THEREIN DESCRIBED, THERE BEING NO PERSON OF SUITABLE AGE OR DISCRETION TO BE FOUND AT ANY KNOWN PLACE OF RESIDENCE OR BUSINESS OF SAID TENANT; AND MAILING A COPY TO SAID TENANT BY DEPOSITING SAID COPIES IN THE UNITED STATES MAIL IN A SEALED ENVELOPE WITH POSTAGE FULLY PREPAID, ADDRESSED TO THE TENANT AT:

ADDRESS: 1388 Trestlewood Drive
San Jose CA 95138 ON 10/7/2010

7a. Person Serving: Victor W. Rzepka

b. DDS Legal Support
2900 Bristol St
Costa Mesa, Ca 92626

c. (714) 662-5555

d. The fee for service was $0.00

e. I am:

(1) not a registered California process server.

(3) X registered California process server.

(i) Independent Contractor

(ii) Registration No: 1175

(iii) County: SANTA CLARA

8. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct. Victor W. Rzepka

10/13/2010

X ____________ SIGNATURE

Form Approved for Optional Use Judicial Council of California POS-010 [REV Jan 1 2007]

PROOF OF SERVICE

CRC 982(A)(23)

VERIFICATION

I, JOHN C. SAGINAW , declare:

1. I am an attorney duly licensed to practice before this court.

2. My office is located in Orange County, CA, and Plaintiff has no officers in said county who have any personal knowledge of this matter.

3. I have read the foregoing Complaint and know the contents thereof. I am informed and believe the matters therein to be true and on that ground allege that the matters stated therein are true.

I declare under penalty of perjury under the laws of the State of California that all of the foregoing is true and correct.

Executed this 15 day of OCTOBER, 2010 at Irvine, California.

JOHN C. SAGINAW

THIS MAY BE AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED MAY BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE, NO ATTEMPT IS BEING MADE TO COLLECT A DEBT AND ANY INFORMATION WILL BE OBTAINED FOR INFORMATIONAL PURPOSES ONLY.

JANETH & TEODORICO CAYANAN
1388 Trestlewood Drive
San Jose, CA 95138

Defendants, pro se

UCS

FILED Santa Clara Co
11/16/10 2:58pm
David H. Yamasaki
Chief Executive Offic
By: sgancayco DTSCIVD
R#201000126104
CK $450.00
TL $450.00
Case: 1-10-CV-185244

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SANTA CLARA
Downtown Judicial District

U.S. BANK, NATIONAL ASSOCIATION, as Trustee

Plaintiff,

vs.

TEODORICO CAYANAN, JANETH CAYANAN; and DOES 1 to 100, inclusive
Defendants.

U.S. BANK, NATIONAL ASSOCIATION
Attorney to Notice:
JOHN C. SAGINAW
AMY E. STARRETT
Jackson & Associates, Inc
4199 Campus Drive, Suite 700
Irvine, CA 92612
(949) 854-2244

CASE No: 1-10-CV-185244

TEODORICO CAYANAN AND JANETH CAYANAN'S DEMURRER TO COMPLAINT OF U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR UNLAWFUL DETAINER & PREJUDGEMENT CLAIM TO RIGHT OF POSSESSION

LIMITED CIVIL CASE

1-7-11
9:15
D-11

The Real Property address is: 1388 Trestlewood Drive, San Jose, CA 95138

Notice is given that defendants TEODORICO CAYANAN and JANETH CAYANAN appear specially to make this demurrer only and, so specially appearing, does and will, on JAN 7, 2011 (date), at 9:15 AM (time), or as soon thereafter as the matter may be heard, in ______________(Department or Division) 11 of this court, located at 191 N. First Street, San Jose CA, move for an order sustaining without leave to amend the Defendants' demurrer. That the court enter an order dismissing the action. That the Defendants be awarded costs associated with this action. That the court grant such other and further relief that the court considers proper.

with the new §SB 1137, §2923.5, §2923.6, §2924.8, §2929.3. SB 1137 became effective on September 8, 2008 and is in effect until January 1, 2013 for residential mortgages.

**The foreclosure was flawed.**

The demurrer will be based on any declaration(s) of Defendants and any supporting memorandum/exhibits served and filed with this demurrer, on the records and file in this action, and on such evidence as may be presented at the hearing on the demurrer. The defendants reserve the right to amend the demurrer.

**WHEREFORE, defendants request that:**

**1. Defendants' demurrer be sustained without leave to amend;**

**2. The court enter an order dismissing the action;**

**3. Defendants be awarded the costs of this action; and**

**4. The court grant such other and further relief that the court considers proper.**

Dated: 11/16/10

BY: ______________________
TEODORICO CAYANAN, pro se
Defendant

BY: ______________________
JANETH CAYANAN, pro se
Defendant

DECLARATION

"I TEODORICO CAYANAN, **declare under penalty of perjury under the laws of the State of California that this demurrer is filed in good faith and not for purposes of delay.**

**Dated:** 11/16/10

TEODORICO CAYANAN, **pro-se**

1-10-CV-185244

PROOF OF SERVICE
STATE OF CALIFORNIA, COUNTY OF SAN MATEO
*U.S. BANK NATIONAL ASSOCIATION, as Trustee vs. TEODORICO CAYANAN, JANETH CAYANAN, Et.Al.*
Superior Court Case No.: 1-10-CV-185244

I am over the age of 18 and not a party to this action. My business address is P.O. Box 174, Palo Alto, CA 94302 , which is located in the county where the mailing described took place.

On November 16, 2010 , I served the foregoing document(s) described:
DEMURRER TO UNLAWFUL DETAINER COMPLAINT AND PREJUDGEMENT CLAIM TO RIGHT OF POSSESSION.

Which were served upon:

U.S. BANK, NATIONAL ASSOCIATION

Attorney to Notice:
JOHN C. SAGINAW
AMY E. STARRETT
Jackson & Associates, Inc
4199 Campus Drive, Suite 700
Irvine, CA 92612
(949) 854-2244

________ XX I Deposited the foregoing documents in the United States Postal Service.
Executed on: November 16, 2010 .

(State) XXXX I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

(Federal) ______ I declare that I am employed in the office of member of the bar of this Court at whose direction the service was made.

____________ BY PERSONAL SERVICE: I caused such envelope to be delivered by hand to the addressee(s) above.

Letitia Sippio

#7

JOHN C. SAGINAW
Attorney Bar No. 67385
AMY E. STARRETT
Attorney Bar No. 256204
Robert J. Jackson & Associates, Inc.
4199 Campus Drive, Suite 700
Irvine, California 92612-2698
(949) 854-2244

Attorney for Plaintiff

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SANTA CLARA – DOWNTOWN JUDICIAL DISTRICT

| | |
|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, as Trustee<br><br>Plaintiff,<br><br>vs.<br><br>TEODORICO CAYANAN, JANETH CAYANAN; et al.<br><br>Defendant. | Case No.: 1- 10- CV- 185244<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANTS' DEMURRER TO COMPLAINT IN UNLAWFUL DETAINER; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date: January 7, 2011<br>Time: 9:15 a.m.<br>Dept. 11 |

INTRODUCTION

Defendants TEODORICO CAYANAN and JANETH CAYANAN ("Defendants"), the former owner of the Property located at 1388 TRESTLEWOOD DRIVE, SAN JOSE, CA have filed a Demurrer to this post-foreclosure eviction on the grounds that Plaintiff U.S. BANK NATIONAL ASSOCIATION, as Trustee's ("Plaintiff") complaint fails to state a cause of action. Defendants' Demurrer is filed solely for delay and has no merit. Hence, the Demurrer must be overruled and the Defendants given five (5) days only to file an answer, based upon the following memorandum of points and authorities.

///

///

MEMORANDUM OF POINTS AND AUTHORITIES

**1. A DEMURRER ASSUMES ALL THE FACTS PLEADED IN THE COMPLAINT ARE TRUE.**

A demurrer tests the legal sufficiency of a pleading and raises only issues of law—not of fact—regarding the form or content of the pleading under attack. CCP § 589; *see Donabedian v. Mercury Ins. Co.* (2004) 116 Cal. App. 4th 968, 994. Thus, the demurrer admits the truth of all material facts properly pleaded. [illegible] *Aubry v. Tri-city Hosp. Dist.* (1992) 2 Cal 4th 962, 966-967; *Serrano v. Priest* (1971) 5 Cal.3d [illegible]; *Adelman v. Associated Int'l Ins. Co.* (2001) 90 Cal. App. 4th 352, 359. A defendant cannot [illegible] demurrer on extrinsic evidence (such as affidavits or declarations) showing that the allegations are false or sham. Weil & Brown, CAL. PRAC. GUIDE: CIV. PRO. BEFORE TRIAL (The Rutter Group 2008) §7:1687.169.

**2. THE COMPLAINT PLEADS A VALID AND CLEAR CAUSE OF ACTION FOR POSSESSION PURSUANT TO CCP § 1161a(b)(3).**

The claims of failure to state and lack of certainty are likewise meritless. The factual elements for a prima facie case pursuant to CCP § 1161a(b)(3) are as follows:

**a.** A procedurally valid foreclosure sale with title perfected in the plaintiff;

**b.** Service of an appropriate Notice to Vacate Property; and,

**c.** Continued occupancy of the property by a defendant after expiration of that notice.

The four corners of Plaintiff's Complaint clearly set forth through factual allegations all of the required elements for a post-foreclosure eviction action. Specifically, the Complaint alleges:

**a.** The foreclosure sale was held in compliance with California law and title was perfected in Plaintiff on or around 09/23/2010. (Complaint, ¶¶ 4, 4B and ¶5)

**b.** On or about 10/07/2010, the Notice to Vacate Property was served on Defendants "and DOES 1 through 100" pursuant to CCP § 1162; (Complaint ¶ 8)

**c.** The Notice to Vacate Property expired on midnight 10/11/2010 and Defendants have failed to vacate the Property. (Complaint ¶¶ 9-10).

Thus, Plaintiff's Complaint sets forth all the allegations necessary to establish a prima facie

case for post-foreclosure unla[illegible] detainer pursuant to CCP § 1161a(b)(3) in clear, concise, and certain terms. The claim to co[illegible]ary is, as with the other claims, totally meritless.

CONCLUSION

Based on the above, D[illegible]dant's Demurrer is meritless and filed solely for purpose of delay. Plaintiff respectfully request[illegible] court to overrule Defendant's Demurrer and Defendants be given five (5) days from the hearing [illegible] to file and serve an answer, and only an answer, to Plaintiff's Complaint pursuant to CCP §[illegible]67 and 1167.3.

Date: December 23, 2010

Robert J. Jackson & Associates, Inc.

By: [signature]

AMY E. STARRETT
Attorney for Plaintiff

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action, my business address is 4199 Campus Drive, Suite 700, Irvine, CA 92612.

On December 23, 2010, I served the document described as **PLAINTIFF'S OPPOSITION TO DEFENDANTS' DEMURRER TO COMPLAINT IN UNLAWFUL DETAINER; MEMORANDUM OF POINTS AND AUTHORITIES**, on all parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

XX By placing the true copies thereof enclosed in the sealed envelopes. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice it is deposited with U.S. Postal service on that same day with the postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

__ By Telefax. I forwarded such document by telefax to the offices of the addressee. **

__ By Personal Service. I delivered such envelope by hand to the offices of the addressee.

__ By Overnight Courier. I caused the above-reference document(s) to be delivered to an authorized overnight courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person(s) on the attached service list.

__ By Express Mail pursuant to CCP § 1013 (c).

Executed on December 23, 2010, at Irvine, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Orlando Rivas
DECLARANT

12/28/2010 19:59 FAX ☑005/005

**SERVICE LIST**

TEODORICO CAYANAN
1388 TRESTLEWOOD D[illegible]
SAN JOSE, CA 95138

JANETH CAYANAN
1388 TRESTLEWOOD D[illegible]
SAN JOSE, CA 95138

ALL UNKNOWN OCCU[illegible]
1388 TRESTLEWOOD DRIVE
SAN JOSE, CA 95138

**Error! Bookmark not defined.**
«MAT_ja_num»
- 5 -